

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2018

No. 04-18-00839-CV

**IN RE JAMES** and Wendy **SCHICK**

Original Mandamus Proceeding[1]

**ORDER**

On November 6, 2018, relators filed a petition for writ of mandamus and the real parties in interest responded. After reviewing the petition and the response, we conclude relators are entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Martha Tanner is ORDERED to (A) vacate her (1) October 25, 2018 "Emergency Temporary Orders Authorizing Placement of a Child" and (2) November 6, 2018 "Order Denying Motions to Strike," (B) grant the Texas Department of Family and Protective Services' and relators' motions to strike, and (C) dismiss the petition in intervention filed by the real parties in interest for lack of jurisdiction, within fifteen days from the date of this order. The writ will issue only if we are notified that Judge Tanner has not complied within fifteen days from the date of this order.

It is so **ORDERED** on December 19, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2018.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-PA-00946, styled *In the Interest of D.M.B., a Child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding.